UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, <br>     Plaintiff, <br> v. <br> RICHARD GARCIA, <br>     Defendant. | Case No. 22-cv-05825-WHO <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Re: Dkt. No. 56 |

Pursuant to the parties' stipulation, this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: December 1, 2025



William H. Orrick
United States District Judge